# Court of Appeals
# of the State of Georgia

ATLANTA,   February 18, 2016

*The Court of Appeals hereby passes the following order:*

**A15A2109.  THE PEACHTREE RESIDENCES UNIT OWNERS'
ASSOCIATION, INC. v. ALLAN CARTER, et al.**

After a bench trial, the trial court entered judgment in favor of The Peachtree Residences Unit Owners' Association in the amount of $14,160.31 and in favor of Defendants Allan Carter and Jean Lopez on their counterclaim in the amount of $3,500. The Peachtree Residences Unit Owners' Association filed a notice of appeal seeking to directly appeal the judgment entered on the defendants' counterclaim. We lack jurisdiction.

Where the amount of judgment is $10,000.00 or less, an application for discretionary appeal is required. OCGA § 5-6-35 (a) (6) and (b); *Ca-Shar v. McKesson Corp.*, 204 Ga. App. 865 (420 SE2d 810) (1992). "A judgment on a counterclaim is subject to [the] discretionary appeal provision, and when it is the focus of the appeal, it may be evaluated independently from the original complaint for the purpose of applicability of OCGA § 5-6-35 (a) (6)." *Harpagon Co., LLC v. Davis*, 283 Ga. 410, 411 (658 SE2d 633) (2008). Because the appellant failed to follow the proper procedure here, its appeal is hereby DISMISSED for lack of jurisdiction. *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   02/18/2016
I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.